AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Dennis Pleites Ramos<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)   Case No.   1:16-cr-10165-MLW-6<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment     ❏ Information   ❏ Superseding Information      ❏ Complaint

❏ Probation Violation Petition     ☑ Supervised Release Violation Petition   ❏ Violation Notice     ❏ Order of Court

| Place:   United States District Court<br>One Courthouse Way<br>Boston MA, 02210 | Courtroom No.:   16  before MJ Kelley |
|---|---|
| | Date and Time:   01/25/2017 12:15 pm |

This offense is briefly described as follows:
Violation of pretrial supervised release conditions.

| | |
|---|---|
| Date:   01/11/2017 | /s/  Kellyann Moore<br>*Issuing officer's signature*<br><br>Deputy Clerk<br>*Printed name and title* |

---

I declare under penalty of perjury that I have:

❏ Executed and returned this summons          ❏ Returned this summons unexecuted

Date: _____                                          _____
                                                                            *Server's signature*

                                                                            _____
                                                                            *Printed name and title*