Dear Mark L. Wolf I am writting to you today to apoligize for taking up your time. For you to see me again In court. I know I messed up and I recognize that I have a problem I showed address and If you kindly give me just one more shot to not only prove my self to you and the court but most Importanly to my self and my family, I wont let you down. I have not been updated on my case or on when my next apearence in court would be.. That's the reason I'm writting to you today I know your a busy person and got alot on your plate but I been Incarserated now for 41 days and haven't heard nothing from my lawyer. Not knowing when I have court or whats going on or whats going to happen has me Intisapaded. If you can kindly give me a court date I would be very grateful at least then I'll have something to look forward to In a way because I know nothing as of now. I want to thank you for taking the time of day to read my letter and If you can please get back to me or my lawer as soon as possible, I'll be very grateful. Have a wonderful day sir.

Sincrly - Dennis Pleites Ramos.